UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

FRONTIS BRAXTON,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER BRIAN
HELLBERG, Shield NO. 8253, POLICE OFFICER MARK
XYLAS Shield No. 11251, PLICE OFFICER Ross Garner,
Sergeant Michael Miller, Det. William Reddin,

                                        Defendants.
---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-5164 (WFK)(SJB)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
         1/26/    , 2018

THE RAMEAU LAW FIRM
*Attorneys for Plaintiff*
16 Court Street, Suite 2504
Brooklyn, NY 11241
(718) 852-4759

By: _____
Amy Rameau
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
Hellberg, Xylas, Garner, Miller, and
Reddin*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Suzanne E. Aribakan
*Senior Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018